AO-10
Rev. 1/2002

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App., §§101-111)

**1. Person Reporting** *(Last name, first, middle initial)*

[Name
Jenkins, Bruce S.

**2. Court or Organization**

United States District Court - Utah

**3. Date of Report**

5/13/04

**4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*

U.S. Senior District Judge

**5. ReportType (check appropriate type)**

___ Nomination, Date _____

___ Initial    _X_ Annual    ___ Final

**6. Reporting Period**

1/1/2003
to 12/31/2003

**7. Chambers or Office Address**

350 South Main Street #462
Salt Lake City, Utah 84101

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions.) | |
| Co Executor | Estate. No assets (assets distributed years ago). No creditors (all paid). Estate remains technically "open". |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X   NONE (No reportable agreements.) | |
| 1 | |

RECEIVED
2004 MAY 17 P 1: 32
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| X   NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |
| 5 | | $ |

# FINANCIAL DISCLOSURE REPORT

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements.) | |
| Utah State Bar - Annual Convention (Speaker) | Lodging/Transportation $907.05 |
| | |
| | |
| | |
| | |
| | |
| | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☒ NONE (No such reportable gifts.) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities.) | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

| | | |
|---|---|---|
| **FINANCIAL DISCLOSURE REPORT** | **Name of Person Reporting**<br>Jenkins, Bruce S. | **Date of Report**<br>5/13/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g., div., rent or int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, merger, redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 Savings Acct.-Certificate of Deposit - America 1ˢᵗ Credit Union | D | Interest | M | T | | | | | |
| 2 Wells Fargo | A | Interest | K | T | | | | | |
| 3 Schwab Tax Exempt Acct. | A | Dividend | K | T | | | | | |
| 4 Series E Bonds | A | None | K | T | | | | | |
| 5 Com. Shares Disney | A | Dividend | | | Sold | 1/9 | J | B | |
| 6 Com. Shares Hilton | A | Dividend | | | Sold | 3/18 | J | C | |
| 7 Com. Shares Questar | A | Dividend | | | Sold | 3/13 | K | D | |
| 8 Com. Shares Questar | A | Dividend | | | Sold | 3/13 | K | D | |
| 9 Com. Shares Skywest | A | Dividend | J | T | | | | | |
| 10 Com. Shares Liberty Media | | None | J | T | | | | | |
| 11 Com. Shares Sp int Fon | A | Dividend | | | Sold | 1/9 | K | B | |
| 12 Com. Shares Skywest | A | Dividend | K | T | Buy | 3/19 | K | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S= ssessment<br>W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jenkins, Bruce S. | 5/13/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date ___5/14/04___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544